UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff,<br><br>　　　　v.<br><br><br>Rene VALDIVIA-Garcia,<br><br><br><br>　　　　　　　Defendant. | Magistrate Docket No. '21 MJ2741<br><br>COMPLAINT FOR VIOLATION OF:<br>Title 8, USC 1324(a)(1)(A)(i) Attempted Bringing In Illegal Aliens At Other Than Port Of Entry |

The undersigned complainant being, duly sworn, states:

On or about July 07, 2021, within the Southern District of California, defendant Rene VALDIVIA-Garcia, with the intent to violate the immigration laws of the United States, knowing or in reckless disregard of the fact that certain aliens, namely, Lourdes DIAZ-Rodriguez and Gerardo MARTIN-Souza, had not received prior official authorization to come to, enter and reside in the United States, did attempt to bring to the United States said aliens at a place other than a designated Port Of Entry or place other than as designated by the commissioner; in violation of Title 8, United States Code, Section 1324(a)(1)(A)(i).

And the complainant further states that this complaint is based on the attached probable cause statement, which is incorporated herein by reference.

SIGNATURE OF COMPLAINANT
Matthew R. Kucewicz
Border Patrol Agent

SWORN AND ATTESTED TO UNDER OATH BY TELEPHONE, IN ACCORDANCE WITH FEDERAL RULE OF CRIMINAL PROCEDURE 4.1, ON July 08, 2021

HON. BARBARA L. MAJOR
United States Magistrate Judge

CONTINUATION OF COMPLAINT:
Rene VALDIVIA-Garcia

## PROBABLE CAUSE STATEMENT

The complainant states that Gerardo MARTIN-Souza and Lourdes DIAZ-Rodriguez, are citizens of a country other than the United States; that said aliens have admitted that they are deportable; that their testimony is material, that it is impracticable to secure their attendance at the trial by subpoena; and they are material witnesses in relation to this criminal charge and should be held or admitted to bail pursuant to Title 18, United States Code, Section 3144.

On Wednesday July 7, 2021, Border Patrol Agent A. Urzua, was performing line watch duties in the Imperial Beach Border Patrol Station's area of responsibility. At approximately 9:25 PM, it was relayed over service agency radio that two jet skis occupied with two passengers each had crossed the Maritime Boundary Line (MBL) from Mexico into the United States.

At approximately 9:35 PM, Agent Urzua arrived at the intersection of Seacoast Drive and Carnation Avenue. Agent Urzua parked his vehicle and began walking towards the beach, where other agents had arrested two illegal aliens that had been dropped off by the jet skis. At approximately 9:40 PM, Agent A. Martinez operating the mobile vehicle surveillance system reported that one of the jet skis had returned to Mexico, but the that second one was unaccounted for. At about this same time, a Customs and Border Protection Air and Marine Helicopter assisted with a search of the area and advised agents that the jet ski was stuck south of the agents location and that the driver was still onboard. Agent Urzua arrived at the location where the jet-ski was located. As Agent Urzua got closer to the location, he was able to hear the driver, later identified as defendant, Rene VALDIVIA-Garcia, had managed to start the jet ski in an effort to get away. Agent Urzua sprinted towards the jet ski, identified himself as a Border Patrol agent and was able to effectively separate the VALDIVIA driver from the jet-ski and effected the arrest.

Agent D. Turner responded to the location where Agent Martinez, had previously located the two passengers. Agent Turner conducted a brief search and encountered two individuals, later identified as Material Witnesses, Lourdes DIAZ-Rodriguez and Gerardo MARTIN-Souza. Agent Turner identified himself as a Border Patrol Agent and conducted an immigration inspection. DIAZ and MARTIN admitted to being citizens of Mexico, illegally present in the United States and not having any documents that would allow them to enter or remain in the United States legally. At approximately 9:45 PM, Agent Turner placed DIAZ and MARTIN under arrest.

Agent Urzua conducted an immigration inspection of VALDIVIA. VALDIVIA admitted to

**CONTINUATION OF COMPLAINT:**
**Rene VALDIVIA-Garcia**

being a citizen of Mexico without any documents that would allow him to enter or remain in the United States legally. At approximately 9:50 PM, Agent Urzua placed VALDIVIA under arrest.

Material witnesses, Lourdes DIAZ-Rodriguez and Gerardo MARTIN-Souza, admitted to being citizens of Mexico, illegally present in the United States and not having any documents that would allow them to enter or remain in the United States legally. DIAZ and MARTIN admitted to making smuggling arrangements and agreeing to pay $16,000 USD if they were successfully smuggled into the United States. DIAZ and MARTIN were informed that they were going to be smuggled into the United States through international waters via jet ski. DIAZ had informed the jet ski driver that she could not swim. DIAZ and MARTIN were presented with a photo lineup and were not able to identify defendant VALDIVIA as the driver of the jet ski.